IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**DUSTIN HUMRICHOUSER,**

    **Plaintiff,**

  **vs.**　　　　　　　　　　　　　　　　Civil Action 2:12-CV-123
　　　　　　　　　　　　　　　　　　　Judge Graham
　　　　　　　　　　　　　　　　　　　Magistrate Judge King

**COMMISSIONER OF SOCIAL SECURITY,**

    **Defendant.**

### ORDER

    Plaintiff's complaint contains personally identifying information. The Clerk is therefore **DIRECTED** to seal that document.

　　　　　　　　　　　　　　　　　　*s/Norah McCann King*
　　　　　　　　　　　　　　　　　　Norah M<sup>c</sup>Cann King
　　　　　　　　　　　　　　　United States Magistrate Judge

February 10, 2012

Date